# United States Court of Appeals
## For the First Circuit

No. 21-1301

CENTRO DE PERIODISMO INVESTIGATIVO, INC.,

Plaintiff, Appellee,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 17, 2022, is amended as follows:

On page 41, line 8, please replace "Mjosilovic" with "Mojsilovic"

On page 51, line 18, please capitalize "commonwealth"